IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

        -v-

VARIOUS FIREARMS AND AMMUNITION
AS DESCRIBED IN ATTACHMENT A,

        Defendants.

24-MC-_____

---

### STIPULATION TO EXTEND PLAINTIFF'S TIME
### TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between and among the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Melanie J. Bailey, Assistant United States Attorney, of counsel, and Brian M. Melber, Esq., attorney for Michael J. Ostolski and Dawn Ostolski (hereinafter "the claimants"), that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture against the Various Firearms and Ammunition as Described in Attachment A is extended from April 1, 2024 to June 25, 2024.

The parties to this Stipulation further agree that the claimants may revoke their consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the Various Firearms and Ammunition as Described in Attachment A, and in that event, the government shall then have ten (10) days from the date the government received written notice of such action to file its Verified Complaint for Forfeiture against the Various

Firearms and Ammunition as Described in Attachment A.

Dated: 3/15/24        BY:  *Melanie J. Bailey*
                            MELANIE J. BAILEY
                            Assistant United States Attorney
                            United States Attorney's Office
                            Western District of New York
                            138 Delaware Avenue
                            Buffalo, New York 14202
                            (716) 843-5863

TRINI E. ROSS
United States Attorney

Dated: 3/15/2024

JOSEPH M. GUERRA, III, ESQ.
BRIAN M. MELBER, ESQ.
Attorneys for Claimants
Personius Melber, LLP
2100 Main Place Tower
350 Main Street
Buffalo, New York 14202
(716) 855-1050

## ATTACHMENT A

a. SIG SAUER (SIG-ARMS) P365 PISTOL CAL:9, SN:66F598003;

b. 15 Rounds HORNADY Ammunition CAL:9;

c. 100 Rounds FEDERAL Ammunition CAL:380;

d. 1300 Rounds WINCHESTER-WESTERN Ammunition CAL:556;

e. 185 Rounds WINCHESTER-WESTERN Ammunition CAL:12;

f. 140 Rounds HORNADY Ammunition CAL:308;

g. 200 Rounds HORNADY Ammunition CAL:223;

h. 180 Rounds AMERICAN EAGLE Ammunition CAL:308;

i. 25 Rounds OTHER Ammunition CAL:12;

j. ACCURACY INTERNATIONAL LTD. AX50 RIFLE CAL:50 BMG SN:U4393;

k. RUSSIAN SKS RIFLE CAL:762 SN:CCCP86125;

l. CHINESE SKS RIFLE CAL:762 SN:12212330;

m. Remington Model 1903 RIFLE CAL:UNKNOWN SN:3298749;

n. Black Aces Tactical Pro Series Bullpup SHOTGUN CAL:12 SN:20-BAT 25391;

o. 200 Rounds WINCHESTER-WESTERN Ammunition CAL:762;

p. 500 Rounds CCI Ammunition CAL:45;

q. 200 Rounds UNKNOWN Ammunition CAL:12/7;

r. 80 Rounds PMC Ammunition CAL:50;

s. 10 Rounds UNKNOWN Ammunition CAL:50;

t. 1000 Rounds WINCHESTER-WESTERN Ammunition CAL:9;

u. 40 Rounds SELLIER & BELLOT Ammunition CAL:65;

v. 40 Rounds FEDERAL Ammunition CAL:65;

w.    60 Rounds FEDERAL Ammunition CAL:30-30;

x.    1000 Rounds WINCHESTER-WESTERN Ammunition CAL:22;

y.    155 Rounds AMERICAN EAGLE Ammunition CAL:556;

z.    500 Rounds WINCHESTER-WESTERN Ammunition CAL:22;

aa.    40 Rounds HORNADY Ammunition, CAL:65;

bb.    63 Rounds HORNADY Ammunition CAL:380;

cc.    10 Rounds FEDERAL Ammunition CAL:12;

dd.    20 Rounds FEDERAL Ammunition CAL:223;

ee.    40 Rounds HORNADY Ammunition CAL:223;

ff.    125 Rounds WINCHESTER-WESTERN Ammunition CAL:556;

gg.    50 Rounds HORNADY Ammunition CAL:9;

hh.    25 Rounds REMINGTON Ammunition CAL:12;

ii.    16 Rounds CCI Ammunition CAL:22;

jj.    106 Rounds UNKNOWN Ammunition CAL:556;

kk.    8 Rounds WINCHESTER-WESTERN Ammunition CAL:762;

ll.    200 Rounds OTHER Ammunition CAL:762;

mm.    200 Rounds FEDERAL Ammunition CAL:9;

nn.    DIAMONDBACK ARMS INC. DB-10 RECEIVER/FRAME CAL:MULTI SN:DB-1109459;

oo.    REMINGTON ARMS COMPANY, INC. 700 CLASSIC RIFLE CAL:65 SN:RR03619L;

pp.    SAVAGE AXIS RIFLE CAL:223 SN:N913263;

qq.    ACCURACY INTERNATIONAL LTD. AX338 RIFLE CAL:338 SN:u4393;

rr.    BUSHMASTER FIREARMS XM15-E2S RIFLE CAL:223 SN:BFI550101;

ss. MCMILLAN BROS (HARRIS GUNWORKS & G. MCMILLAN CO.) MCRT TACTICAL RIFLE CAL:338 SN:0903291C;

tt. MERAK SAVUNMA SANAYI, LTD. 202A SHOTGUN CAL:20 SN:200u20c-0735;

uu. SIG SAUER (SIG-ARMS) SIG M400 RIFLE CAL:556 SN:20L126744;

vv. FRANCOLIN INTL. ARMS CO. CITADEL WARTHOG SHOTGUN CAL:20 SN:20-6304;

ww. WINCHESTER 1966 CENTENNIAL RIFLE CAL:30-30 SN:63973

xx. HENRY REPEATING RIFLE COMPANY H009B RIFLE CAL:30-30 SN:TTB048373;

yy. MOSSBERG 500A SHOTGUN CAL:12 SN:P018643;

zz. REMINGTON ARMS COMPANY, INC. 870 EXPRESS SUPER MG SHOTGUN CAL:12 SN:CC14929F;

aaa. ANSCHUTZ 64 RIFLE CAL:22 SN:1194477;

bbb. WALTHER PDP PISTOL CAL:9 SN:FDS0207;

ccc. HECKLER AND KOCH VP9 PISTOL CAL:9 SN:224-400988;

ddd. BUL TRANSMARK LTD DESERT EAGLE 1911U PISTOL CAL:9 SN:PBA1023;

eee. SIG-SAUER P226 PISTOL CAL:9 SN:47G005031;

fff. SIG-SAUER P226 PISTOL CAL:9 SN:47G019335;

ggg. FNH USA, LLC FNP45 PISTOL CAL:45 SN:61DZM03065;

hhh. HS PRODUCKT (IM METAL) HELLCAT PRO PISTOL CAL:9 SN:BE116618;

iii. HS PRODUKT (IM METAL) XDS PISTOL CAL:9 SN:BE242170;

jjj. HECKLER AND KOCH VP9 PISTOL CAL:9 SN:224-410175;

kkk. F.N. (FN HERSTAL) FIVE-SEVEN PISTOL CAL:57 SN:385259074;

lll. SMITH & WESSON M&P BODYGUARD 380 PISTOL CAL:380 SN:KJH1131;

mmm. GLOCK GMBH 43X PISTOL CAL:9 SN:caed094;

nnn. SMITH & WESSON M&P M2.0 PISTOL CAL:9 SN:NMA8066;

ooo. 2000 Rounds CCI Ammunition CAL:9;

ppp. 50 Rounds LAPUA Ammunition CAL:338;

qqq. ARMSAN SILAH SANAYI POINTER PHENOMA SHOTGUN CAL:20 SN:19R08814;

rrr. BARRETT FIREARMS MFG CO M107A1 RIFLE CAL:50 SN:AE011317; and

sss. 10 Rounds WINCHESTER-WESTERN Ammunition CAL:12.